Edward LOWE, Appellant,

v.

PENNSYLVANIA BOARD OF
PROBATION PAROLE,
Appellee.

Supreme Court of Pennsylvania.

Feb. 17, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 17th day of February, 2005, probable jurisdiction is noted and the order appealed is affirmed.

Russell B. THORBURN, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Feb. 18, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 18th day of February 2005, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed based on this Court's decision in *Siekierda v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 860 A.2d 76 (2004)

■

Walter T. WOLFE, Appellant,

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 22, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 22nd day of February, 2005, the order of the Commonwealth Court is AFFIRMED.